

09 OCT 27 PM 2: 37

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. JERDINE, ) | CASE NO. 1:09 CV 02037 |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | MEMORANDUM OF OPINION AND |
| ) | ORDER DISMISSING PETITIONER'S |
| UNITED STATES OF AMERICA, ) | WRIT |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 1 September 2009, pro se petitioner Anthony L. Jerdine ("Mr. Jerdine") filed the above-captioned habeas corpus action under 28 U.S.C. § 2241. (Doc. 1). Mr. Jerdine seeks to challenge this Court's jurisdiction in a pending criminal proceeding involving sixteen co-defendants, including Mr. Jerdine. See United States v. Anthony L. Jerdine, 8 CR 481. Any such challenge, however, must be raised in that pending criminal matter. See United States v. Anthony L. Jerdine, 9 CV 0098 (Doc. 10, Memorandum of Opinion and Order of Dismissal).

Accordingly, the Petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. Consequently, Mr. Jerdine's Motion to proceed in forma pauperis (Doc. 2), and his Motion for a show cause hearing (Doc. 5) are also denied. Any subpoena forms filed by Mr. Jerdine in this matter are nulled. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

> UNITED STATES DISTRICT JUDGE